IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HARRY CUTCHINS, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>MANUFACTURERS AND TRADERS )<br>TRUST COMPANY, dba M&T )<br>BANK, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 14-0116-CG-B |

**ORDER**

The plaintiff having filed a Notice of Settlement on January 27, 2015 (Doc. 38), it is hereby **ORDERED** that all claims in this action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within sixty (60) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this the 28th day of January, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE